MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00074-KES-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| MICHAEL KULIKOFF, | |
| Defendant. | |

The government moves the Court to unseal the Indictment in this case. Defendant is in custody, and will be making an appearance today. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: April 29, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00074-KES-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| MICHAEL KULIKOFF, | |
| Defendant. | |

On motion of the United States of America, it is HEREBY ORDERED that the Indictment in the case be UNSEALED.

DATED: April 29, 2025

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE