```
 1   HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
 2   ERIN SNIDER, CA Bar #304781
     Assistant Federal Defender
 3   Office of the Federal Defender
     2300 Tulare Street, Suite 330
 4   Fresno, CA  93721-2226
     Telephone: (559) 487-5561
 5   Fax: (559) 487-5950

 6   Attorneys for Defendant
     MICHAEL KULIKOFF
 7
```

8   IN THE UNITED STATES DISTRICT COURT

9   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 1:25-cr-00074-KES-BAM-1 |
| 12           Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| 13  vs. | Date:  August 27, 2025 |
| 14  MICHAEL KULIKOFF, | Time:  1:00 p.m. |
| 15           Defendant. | Judge: Hon. Barbara A. McAuliffe |
| 16 | |

17   IT IS HEREBY STIPULATED by and between the parties through their respective

18   counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant

19   Federal Defender Erin Snider, counsel for Michael Kulikoff, that the Court may continue the

20   status conference currently scheduled for May 28, 2025, at 1:00 p.m. to August 27, 2025, at 1:00

21   p.m. before the Honorable Barbara A. McAuliffe.

22   The parties agree and request the Court find the following:

23   1.   By prior order, this matter is set for a status conference on May 28, 2025.

24   2.   The government has produced initial discovery, consisting of 38,849 Bates-

25   marked items.

26   3.   Counsel for the defendant requires additional time to review discovery, consult

27   with her client regarding the case, and conduct necessary investigation.

28   4.   Defense counsel believes that failure to grant the above-requested continuance

1 would deny her the reasonable time necessary for effective preparation, taking into account the
2 exercise of due diligence.

3     5.     The government does not object to the requested continuance.

4     6.     Based on the above-stated findings, the ends of justice served by continuing the
5 case as requested outweigh the interest of the public and the defendant in a trial within the
6 original date prescribed by the Speedy Trial Act.

7     7.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8 *et seq.*, within which trial must commence, the time period of May 28, 2025, to August 27, 2025,
9 inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: May 21, 2025

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 21, 2025

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL KULIKOFF

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Kulikoff – Stipulation to Continue Status Conference      2

## ORDER

IT IS SO ORDERED that the status conference is continued from May 28, 2025, to **August 27, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **May 21, 2025**                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE