HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL KULIKOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00074-KES-BAM-1 |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; AND ORDER** |
| vs. | Judge: Hon. Stanley A. Boone |
| MICHAEL KULIKOFF, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Michael Kulikoff, that the Court may modify Pretrial Condition 7(f) to permit travel within the State of California. Pretrial Services Officer Ryan Beckwith supports this modification.

On April 24, 2025, the Court ordered Mr. Kulikoff released on various conditions, including Condition 7(f), which states: "The defendant must . . . restrict [his] travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer." ECF #9 at 2. Mr. Kulikoff works in land development and frequently travels outside the Eastern District of California for work. Since his release nearly six months ago, he has diligently sought the permission of his Pretrial Services Officer before any such travel as required by Condition 7(f). The need to request permission before such travel, however, has posed some difficulties for

Mr. Kulikoff, as it limits his ability to make any last-minute travel plans. In light of his compliance not only with the travel condition but with all conditions of his pretrial release, he requests that the Court modify Condition 7(f) to permit him to travel within the State of California without the prior approval of his Pretrial Services Officer.

On October 10, 2025, undersigned defense counsel contacted Pretrial Services Officer Ryan Beckwith, who confirmed that Mr. Kulikoff frequently travels. Officer Beckwith further stated that he "would be fine" with expanding Mr. Kulikoff's travel restriction to the State of California. Undersigned defense counsel also contacted Assistant United States Attorney Jeffrey A. Spivak, who advised that the government does not object to the proposed modification.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: October 10, 2025    */s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2025    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL KULIKOFF


/ / /

/ / /

/ / /

/ / /

/ / /

# **O R D E R**

Upon the parties' stipulation and for good cause shown, it is hereby ordered that Condition 7(f) of defendant Michael Kulikoff's pretrial release be modified as follows: The defendant must . . . restrict [his] travel to the State of California unless otherwise approved in advance by the pretrial services officer."

IT IS SO ORDERED.

Dated: __October 14, 2025__              /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE