ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL KULIKOFF,<br><br>        Defendant. | CASE NO. 1:25-CR-00074-KES-BAM<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: October 22, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. This case set for status conference on October 22, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to January 14, 2026, and to exclude the time period between October 22, 2025 and January 14, 2026 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. By previous order, this matter was set for status conference on October 22, 2025. By this stipulation, defendant now moves to continue the status conference until January 14, 2026, and to exclude time between October 22, 2025, and January 14, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

STIPULATION; ORDER         1

includes substantial volumes of documentary evidence, electronic evidence, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The government's expert witness is finalizing an expert report regarding mercury exposure in this case, which should be completed by November 1, 2025.  That report will have a substantial effect on the sentencing exposure in this case.

      c)      Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2025 to January 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

STIPULATION; ORDER

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 14, 2025

ERIC GRANT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  October 14, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Erin Snider
Erin Snider
Assistant Federal Defender
Counsel for Defendant

## ORDER

IT IS SO ORDERED that the status conference is continued from October 22, 2025, to **January 14, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 16, 2025**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION; ORDER

3