HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL KULIKOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KULIKOFF,<br><br>Defendant. | Case No. 1:25-cr-00074-KES-EPG-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   July 22, 2026<br>Time:  1:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Michael Kulikoff, that the Court may continue the status conference currently scheduled for May 13, 2026, at 1:00 p.m. to July 22, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean.

The parties agree and request the Court find the following:

1. By prior order, this matter is set for a status conference on May 13, 2026.

2. On March 26, 2026, the government produced supplemental discovery consisting of 46,603 Bates-marked items.

3. Given the volume of discovery, counsel for the defendant requires additional time to review the discovery, consult with her client regarding the case, and conduct necessary investigation.

4.    Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.    The government does not object to the requested continuance.

6.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 13, 2026, to July 22, 2026, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: May 6, 2026

/s/ Arelis Clemente
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2026

/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL KULIKOFF

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Kulikoff – Stipulation to Continue Status Conference          2

**O R D E R**

The status conference is continued from May 13, 2026, to **July 22, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 13, 2026, to July 22, 2026, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

Dated:    **May 6, 2026**                        /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

Kulikoff – Stipulation to Continue Status Conference          3